UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE: SUBPOENA ISSUED TO RICHARD
J. HEFFLEY, HEFFLEY, HEFFLEY &
ASSOCIATES, INC., BRYON RANDALL                CASE NO. 4:05mc36-WCS
ENWRIGHT, and ENWRIGHT CONSULTING
GROUP, INC.

_____/

**REFERRAL AND ORDER**

The motion/pleading was filed by movant on 05/23/2005 (document #1), and referred to Magistrate Judge William C. Sherrill on 05/23/2005.

Summary of motion/pleading: Objections to Subpoenas and deposition notices and motion to quash subpoenas and deposition notices or for issuance of a protective order

WILLIAM M. MCCOOL, CLERK OF COURT

      S/ Pamela Lourcey
DEPUTY CLERK

**ORDER OF COURT**

Upon consideration of the foregoing, it is ORDERED this 24th day of May, 2005, the requested relief is **DEFERRED.** The depositions scheduled for Thursday, May 26, 2005, are hereby STAYED. A telephonic hearing is scheduled for Thursday, June 2, 2005, beginning at 10:00 A.M, on Movant's motion for protective order.

      S/ William C. Sherrill
UNITED STATES MAGISTRATE JUDGE