IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

SUBPOENA ISSUED TO
RICHARD J. HEFFLEY,
HEFFLEY & ASSOCIATES, INC.,
BYRON RANDALL ENWRIGHT, and
ENWRIGHT CONSULTING GROUP, INC.,

                Case No. 4:05mc36-WCS

_____/

## O R D E R

Richard J. Heffley, Heffley & Associates, Inc., Bryon Randall Enwright, and Enwright Consulting Group, Inc., have moved to quash Rule 45 Subpoenas issued to them and notices of deposition.  Doc. 1.  The underlying litigation is pending in the Southern District of Florida as *Securities and Exchange Commission v. Mutual Benefits Corp., et al.*, case number 04-60573-CIV-MORENO.  Doc. 1, ex. B (complaint). Defendants have sent a response and a supplemental exhibit E to my office by facsimile transmission.  These will be docketed as docs. 6 and 7.  Apparently the most recent action pending in the case in the Southern District of Florida is the Receiver's Motion to Approve Procedure for Disposition of Policies, etc., filed on April 22, 2005.  Doc. 6, ex.

D.  Defendants state that they only wish to discover whether Coventry LLC, Florida Chief Financial Officer Gallagher, or Movants, had any involvement with regard to the Liquidation Plan.

A telephone hearing was held today.  At the hearing, Defendants agreed to limit their inquiries and the documents sought.  Defendants will first ascertain whether Movants have provided any information to the Receiver concerning the Liquidation Plan.  If they have, Defendants will then inquire as to how they did so, and may explore the relevant relationships Movants may have with those persons or entities who, on behalf of Movants or at the urging of the Movants, provided such information to the Receiver concerning the Liquidation Plan.  If Defendants have not, that will be the end of the inquiry.

Accordingly, it is **ORDERED** that the motion to quash, doc. 1, is **MOOT**.  Should problem arise during these depositions, any party may move to reopen this case, present the issue by motion, and the issue will be promptly heard.

**DONE AND ORDERED** on June 2, 2005.

        **s/    William C. Sherrill, Jr.**
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**